Alan Nakazawa, State Bar No. 84670
alan.nakazawa@cnc-law.com
COGSWELL NAKAZAWA & CHANG, LLP
444 West Ocean Boulevard, Suite 1410
Long Beach, California 90802-8131
Telephone: (562) 951-8668
Facsimile: (562) 951-3933

JS - 6

Attorneys for Plaintiff
NIPPON YUSEN KAISHA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIPPON YUSEN KAISHA, doing business as NYK LINE,<br><br>Plaintiff,<br><br>vs.<br><br>BEST GLOBAL LOGISTICS USA, INC.; OWNERS LOGISTICS CO., LTD.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS. | CASE NO.: CV15-08540 MWF (GJSx)<br><br>IN ADMIRALTY<br><br>ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE |

//
//

GOOD CAUSE APPEARING, the Court approves the Stipulation and Request for Dismissal of Entire Action with Prejudice and orders that the entire action, including all Cross Claims and the Third Party Complaint, be and is hereby dismissed with prejudice, subject to re-opening by application of NYK against only those parties who have not complied with their settlement payment obligations, provided such re-opening by NYK is sought on or before December 11, 2017. Each party shall bear its own attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 5, 2017

Michael W. Fitzgerald

United States District Judge